# UNITED STATES DISTRICT COURT
## Southern District of Iowa



U.S. Courthouse  
123 East Walnut Street  
Des Moines, Iowa 50309

Des Moines  
Davenport  
Council Bluffs

Clerk of Court's Office  
www.iasd.uscourts.gov

o: 515-284-6248  
f : 515-284-6418

December 2, 2019

Mr. John W. Nichols

Judicial Panel on Multidistrict Litigation

Thurgood Marshall Federal Judicial Building

One Columbus Circle, NE

Room G-255, North Lobby

Washington, DC 20002-8004

*In Re:* MDL 2804 National Prescription Opiate Litigation.

Dear Mr. Nichols:

Enclosed is a copy of the complaint from the action filed in the Southern District of Iowa, Jaren Depenning, et al. against defendants The Iowa Clinic, P.C., et al.please forward this complaint to the panel for review of a Potential Tag-Along Action to the above entitled MDL case.

Should you have any questions, please do not hesitate to contact this office.

Sincerely,  
/s/ Kellie Watson  
Deputy Clerk  
Phone number 515-284-6163  
John S. Courter  
CLERK OF COURT