**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| ESTATE OF BECKY MCILRATH, by and through its co-administrators, JAREN DEPENNING and BEVERLY DEPENNING; JAMES HARLEY MCILRATH IV, individually and by and through the ESTATE OF BECKY MCILRATH; and G.E.M., by and through the ESTATE OF BECKY MCILRATH and her father and next friend, JAMES HARLEY MCILRATH III, <br><br>       Plaintiffs, <br><br>vs. <br><br>THE IOWA CLINIC, P.C.; THOMAS HANSEN, M.D.; PIER OSWEILER, ARNP; ENDO PHARMACEUTICALS, INC.; and ENDO HEALTH SOLUTIONS, <br><br>      Defendants. | Case No. 4:19-cv-00386-JAJ-SBJ |

**DEFENDANTS ENDO HEALTH SOLUTIONS INC. AND
ENDO PHARMACEUTICALS INC.'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**

Pursuant Fed. R. Civ. P. 6(b), Defendants Endo Health Solutions and Endo Pharmaceuticals Inc. ("Endo") respectfully move this Court to enter an Order granting them a 60-day extension of time to file a responsive pleading after the later of: (1) a decision by the Judicial Panel on Multidistrict Litigation ("JPML") granting a motion to vacate a conditional transfer order covering this action or otherwise finally denying transfer of this action; or (2) this Court's ruling on any motion to remand.  In support of this request, Endo states as follows:

1.      This action was originally filed in the Iowa District Court for Polk County, Case No. LACL146210, on November 1, 2019.  Plaintiffs filed a First Amended Petition on November 13, 2019.

2.      On December 2, 2019, this action was removed to the United States District Court for the Southern District of Iowa.  (Doc. 1.)

3.      On December 5, 2017, the JPML formed multidistrict litigation ("MDL") No. 2804 and transferred opioid-related actions to the United States District Court for the Northern District of Ohio before Judge Aaron Polster.  *See In re Nat'l Prescription Opiate Litig.*, 290 F. Supp. 3d 1375, 1378 (J.P.M.L. 2017).

4.      On December 2, 2019, the Clerk of this Court filed a letter addressed to the Judicial Panel on Multidistrict Litigation ("JPML") asking the JPML to forward the petition in this action "to the panel for review of a Potential Tag-Along Action" in MDL No. 2804.

5.      This action was "tagged" for transfer to MDL No. 2804 on December 4, 2019.  *See* Notice of Potential Tag-Along Action, *In Re: National Prescription Opiate Litigation*, MDL No. 2804, (J.P.M.L.), Doc. 6402.

6.       The parties have agreed to extend the time for Endo to answer or otherwise respond to the petition up to and including 60 days following:  (1) a decision by the JPML granting a motion to vacate a conditional transfer order covering this action or otherwise finally denying transfer of this action; or (2) this Court's ruling on any motion to remand, whichever is later.

7.      Plaintiffs' counsel has informed the undersigned that Plaintiffs have no objection to the requested extension of time.

8.      This Motion is not sought for delay, but solely in the interest of judicial economy.

9.      The deadline to file a responsive pleading has not previously been continued or extended.

10.      No Scheduling Order or other deadlines have been entered in this case.  There is no final pretrial conference or trial currently scheduled. Therefore, the requested extension of time will have no impact on a trial schedule or any other deadlines in this case.

WHEREFORE, Endo respectfully requests this Court to enter an order extending the time for Endo to answer or otherwise respond to Plaintiffs' petition up to and including sixty (60) days after the later of:  (1) a decision by the Judicial Panel on Multidistrict Litigation ("JPML") granting a motion to vacate a conditional transfer order covering this action or otherwise finally denying transfer of this action; or (2) this Court's ruling on any motion to remand.

**LEDERER WESTON CRAIG PLC**


By:   _/s/ J. Michael Weston_____
        J. Michael Weston  AT0008405
        118 – 3rd Avenue SE, Suite 700
        P. O. Box 1927
        Cedar Rapids, IA  52406-1927
        Telephone:  (319) 365-1184
        Fax:          (319) 365-1186
        E-mail:   mweston@lwclawyers.com

**ATTORNEYS FOR DEFENDANTS ENDO HEALTH SOLUTIONS INC. and ENDO PHARMACEUTICALS, INC.**

<u>**CERTIFICATE OF SERVICE**</u>

   I hereby certify that on the 9th day of December, 2019, I electronically filed the foregoing with the Clerk of the U.S. District Court for the Southern District of Iowa, Central Division, using the ECF system which will send notification of such filing to the following:

        **ATTORNEY FOR PLAINTIFFS:**
        Scott M. Wadding
        E-mail:  swadding@seasewadding.com
        E-mail:  swadding@kempsease.com


        **ATTORNEYS FOR DEFENDANT THOMAS HANSEN, M.D.:**
        Jennifer E. Rinden
        E-mail:  jer@shuttleworthlaw.com

        Nancy J. Penner
        E-mail:  njp@shuttleworthlaw.com


   Executed this 9th day of December, 2019 in Cedar Rapids, Iowa.


        */s/ J. Michael Weston*
        J. Michael Weston