IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ESTATE OF BECKY MCILRATH, by and through its co-administrators, JAREN DEPENNING and BEVERLY DEPENNING; JAMES HARLEY MCILRATH IV, individually and by and through the ESTATE OF BECKY MCILRATH; and G.E.M., by and through the ESTATE OF BECKY MCILRATH and her father and next friend, JAMES HARLEY MCILRATH III, <br><br> Plaintiffs, <br><br> vs. <br><br> THE IOWA CLINIC, P.C.; THOMAS HANSEN, M.D.; PIER OSWEILER, ARNP; ENDO PHARMACEUTICALS, INC.; and ENDO HEALTH SOLUTIONS, <br><br> Defendants. | Case No. 4:19-cv-00386-JAJ-SBJ <br><br> DEFENDANTS THE IOWA CLINIC, DR. THOMAS HANSEN, AND PIER OSWEILER, ARNP's MOTION TO REMAND |

Pursuant to 28 USC §1447(c), Federal Rule of Civil Procedure 21, and Local Rule 7, Defendants The Iowa Clinic, P.C.; Dr. Thomas Hansen; and Pier Osweiler, ARNP (collectively "Iowa Clinic Defendants") move for remand of the claims against them after severance. In support, the Iowa Clinic Defendants state:

1. Defendants Endo Pharmaceuticals, Inc. and Endo Health Solutions (collectively "Endo") removed this case on December 2, 2019. There is not, however, complete diversity to support subject matter jurisdiction in this Court. *See* Notice of Removal ¶13 (describing Iowa Clinic Defendants as "non-diverse"); Removed First Amended Petition ¶¶10-12, 18.

2. There is not fraudulent misjoinder to allow the Court to ignore the citizenship of the Iowa Clinic Defendants.

1

3. Endo's Notice of Remand includes a request that the Iowa Clinic Defendants be severed. The Iowa Clinic Defendants agree that the claims against Endo should be severed from the claims against the Iowa Clinic Defendants pursuant to Federal R. of Civ. Proc. 21. This will allow the claims against Endo to proceed in the more efficient multi-district litigation ("MDL").

4. For the reasons more fully explained in their accompanying brief, incorporated as if set forth fully herein, the Iowa Clinic Defendants seek remand of the claims against them to state court after severance.

WHEREFORE for the reasons set forth above and in their accompanying brief, the Iowa Clinic Defendants respectfully request that the Court remand the claims against them to State court after severance.

       /s/ Nancy J. Penner
JENNIFER E. RINDEN       AT0006606
NANCY J. PENNER       AT0006146
       for
SHUTTLEWORTH & INGERSOLL, P.L.C.
500 U.S. Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406
PHONE:    (319) 365-9461
FAX:    (319) 365-8443
E-MAIL:    jer@shuttleworthlaw.com
       njp@shuttleworthlaw.com
ATTORNEYS FOR DEFENDANT
THOMAS HANSEN, M.D.

       /s/ Stacie M. Codr
STACIE M. CODR       AT0001502
       for
FINLEY LAW FIRM, P.C.
699 Walnut Street, Suite 1700
Des Moines, IA 50309
PHONE:    (515) 288-0145
FAX:    (515) 288-2724
E-MAIL:    scodr@finleylaw.com
ATTORNEY FOR DEFENDANTS
THE IOWA CLINIC, P.C. and
PIER OSWEILER, ARNP

Copies to:

Scott M. Wadding
Sease & Wadding
104 Southwest Fourth Street
Des Moines, IA 50309
E-mail:swadding@seasewadding.com
*Attorney for Plaintiffs*

J. Michael Weston
118 3rd Avenue SE, Suite 700
P.O. Box 1927
Cedar Rapids, IA 52406
E-mail:mweston@lwclawyers.com
*Attorneys for Defendants Endo Health
Solutions Inc. and Endo Pharmaceuticals, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of this document was served upon counsel of record for each party to the action in compliance with FRCP 5 on December 31, 2019 by:

[ ] U.S. Mail
[ ] Fax _____
[ ] Fed Ex _____
[ ] Hand Delivered _____
[ ] E-mail- Records
[x] CM/ECF _____

   **/s/ Haley Fauconniere**

3